UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**ANTHONY JOHN BONADIES**,

    Plaintiff,

v.      Case No.: 6:25-cv-01254-AGM-DCI

**WILMINGTON SAVINGS FUND SOCIETY, FSB, WILMINGTON SAVINGS FUND SOCIETY, FSB AS TRUSTEE FOR CSMC 2022 JR-1 TRUST**,

    Defendants,

## ORDER

THIS CAUSE comes before the Court upon review of the file. Plaintiff's First Amended Complaint (doc. # 11) was previously dismissed without prejudice by separate order as an impermissible shotgun pleading. (Doc. # 22). Plaintiff was given leave to amend on or before November 12, 2025, and was warned that failure to comply may result in dismissal without further notice.

The docket reflects that copies of the Court's order were duly mailed to Plaintiff. Plaintiff has failed to file an amended complaint or otherwise respond within the time allowed. Plaintiff has also failed to request an extension or show good cause for noncompliance.

The Court finds Plaintiff has willfully failed to comply with the Court's prior order, and that lesser sanctions will not further deter noncompliance. *See Makozy v. United Parcel Serv.*, No. 24-13649, 2025 WL 1873311, at *2 (11th Cir. July 8, 2025).

Accordingly, it is now

**ORDERED** and **ADJUDGED** that:

1. This action is **DISMISSED with prejudice**; and

2. The Clerk is directed to enter judgment and close the case.

**DONE** and **ORDERED** in Chambers in Orlando, Florida, this December 31, 2025.

ANNE-LEIGH GAYLORD MOE
UNITED STATES DISTRICT JUDGE

Copies to:

Pro se parties